435 F.2d 823
 Clarence TATE, Jr., Petitioner-Appellant,
v.
L. E. DAGGETT (Acting Warden), U.S. Penitentiary, Atlanta,
Georgia,Respondent-Appellee.
 No. 30764 Summary Calendar.*
*Rule 18, 5th Cir.; See Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York, et al., 5th Cir., 1970,
 
 431 F.2d 409, PartI.
 United States Court of Appeals, Fifth Circuit.
 Dec. 16, 1970, Certiorari Denied March 8, 1971, See 91 S.Ct.
986.
 Clarence Tate, Jr., pro se.
 Allen I. Hirsch, Asst. U.S. Atty., John W. Stokes, Jr., U.S. Atty., Richard H. Still, Jr., Asst. U.S. Atty., Atlanta, Ga., for respondent-appellee.
 Appeal from the United States District Court for the Northern District of Georgia; Albert J. Henderson, Jr., Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.[1] See also: Craft v. United States, 433 F.2d 981 (5th Cir., 1970).
 
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)